Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
Rumduol Vuong, SBN 264392
Lorena Garcia-Bautista, SBN 234091
Jennifer Boulton, SBN 259076
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA. 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lorena.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BORNT & SONS, INC., dba BORNT FAMILY FARMS, BARRAZA FARM SERVICES, LLC dba BARRAZA FARM SERVICE and BARRAZA FARM SERVICES, BARRAZA FARM SERVICES, INC. dba BARRAZA FARM SERVICE and BARRAZA FARM SERVICES, AND DOES 1-5, INCLUSIVE,<br><br>Defendants. | Case No: 3:17-cv-00678 W (NLS)<br><br>**JOINT MOTION TO APPROVE [PROPOSED] CONSENT DECREE AND ORDER**<br><br>The Honorable Thomas Whelan<br>United States District Judge |

-1-

To the Honorable Thomas Whelan:

    Please take notice that the Plaintiff UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and Defendant BORNT & SONS, INC., dba BORNT FAMILY FARMS ("Defendant") (collectively "the Parties"), in the above-referenced action have reached final settlement and request that the Court enter and approve the proposed Consent Decree and Order. The proposed Consent Decree and Order is concurrently being lodged with the Court. In addition, the Notice, Consent and Reference of a Civil Action to a Magistrate Judge is concurrently being lodged with the Court.

                                          Respectfully Submitted,

                                          U.S. EQUAL EMPLOYMENT
                                          OPPORTUNITY COMMISSION

Dated: July 16, 2018            *Lorena Garcia-Bautista*
                                          Lorena Garcia-Bautista, Esq.
                                          Attorney for Plaintiff EEOC

Dated: July 16, 2018            *Cheryl M. Lott*
                                          Cheryl M. Lott
                                          Attorney for Defendant
                                          Bornt & Sons, Inc.

    I, Lorena Garcia-Bautista, certify that the content of this document is acceptable to all persons required to sign the document as I obtained authorization for the electronic signatures of all parties on the document.

# CERTIFICATE OF SERVICE

I am, and was at the time the herein mentioned service took place, a citizen of the United States, over the age of eighteen (18) years. I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, 255 E. Temple St., 4th Floor, Los Angeles, CA 90012. On the date that this declaration was executed, as shown below, I served the foregoing **JOINT MOTION TO APPROVE [PROPOSED] CONSENT DECREE AND ORDER** *via* electronic mail to the following:

CHERYL M. LOTT
clott@buchalter.com
Attorney for Defendant Bornt & Sons, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2018 at Los Angeles, California.

*Lorena Garcia-Bautista*
Lorena Garcia-Bautista